De Valcourt and others v. Marsh and others. De Blanc v. Mouton, Sheriff.

ly passed upon and settled in that suit with much less inconvenience and trouble. 3 Rob. 48. Civil Code, arts. 1304, 1272, 1281.

*Judgment affirmed.*

JOHN DE VALCOURT and others *v.* JONAS MARSH and others.

APPEAL from the District Court of St. Martin, *King*, J.
*I. E. Morse* and *Magill*, for the appellants.
*Voorhies*, for the defendants.

MORPHY J. This case cannot be distinguished from that of John C. Marsh against the same defendants, just decided, and must receive the same decision, on the grounds therein set forth.

*Judgment affirmed.*